UNITED STATES OF AMERICA
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRYAN SOKOLOWSKI

    Plaintiff,                                      CASE NO. 2:23-cv-29

v.                                                                   HONORABLE PAUL L. MALONEY

IRONWOOD PLASTICS, INC.

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Parties' Joint Stipulation of Dismissal with Prejudice, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed in its entirety against Defendant with prejudice, with each party to bear her or its own costs and attorneys' fees.

Date: August 8, 2023                          /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge